**Order entered March 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01688-CV

**MAXIMUSALLIANCE PARTNERS, LLC, Appellant**

**V.**

**DAN FABER, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16379-H**

## ORDER

We **GRANT** appellant's March 14, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file its brief on or before Monday, **April 28, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ADA BROWN
JUSTICE